# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CASE NO. 0:2024CV.PRO1626

**FRONT ROW MOTORSPORTS, INC. and ROBERT A. JENKINS,**

Plaintiffs and Appellees

v.

**MICHAEL DISEVERIA and RONALD C. DEVINE,**

Defendants and Appellants

On Appel from the United States District Court

for the Western District of North Carolina

No. 3:22-cv-00138-SCR

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING APPELLANT BRIEF AND APPENDIX

Trevor B. Reid, Esq.
treid@parkerpollard.com
Meredith L. Yoder, Esq.
myoder@parkerpollard.com
Parker, Pollard, Wilton & Peaden, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia 23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*

Anthony Roelof Coppola, Esq.
arc@petersenfirm.com
Patrick Robert Corish, Esq.
prc@pertersenfirm.com
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, VA 22030-0000
(571) 459-2512 – *telephone*
(571)-459-2307 - *facsimile*

## I. MOTION

Appellants seek an extension of time for filing the Appellants' Brief and Appendix to **September 30, 2024** pursuant to Local Rule 31(c).

## II. BACKGROUND AND ARGUMENT

Pursuant to Notice entered July 24, 2024 [DE 19] the Court has scheduled an initial mediation conference pursuant to Local Rule 33 to be conducted on August 15, 2024. Within such Notice, the Court proposed to extend the deadline for filing of Appellants' Brief and Appendix until September 3, 2024. No party objects to such initial extension.

Appellants request further extension of the deadline for filing of Appellants' brief and Appendix until **September 30, 2024**. Appellants assert that good cause exists for the same, and specifically asserts that such extension is reasonably necessary to allow Defendants/Appellants' trial counsel in the District Court to fully coordinate with Defendants/Appellants' additional appellate counsel who are associating with original trial counsel in prosecution of the present appeal. Such time is further beneficial in that it allows for more fulsome conference between opposing counsel in preparing the Appendix. As such, Appellants assert that the requested extension is requested in good faith and will aid the efficient administration of justice.

## III. STATEMENT OF COMPLIANCE / UNOPPOSED MOTION

In compliance with Local Rule 27, counsel for Appellants have notified counsel for Appellees of their intent to file the present motion seeking an extension. Counsel for Appellees have indicated that they do not oppose the motion for extension.

August 7, 2024

Anthony Roelof Coppola, Esq.
arc@petersenfirm.com
Patrick Robert Corish, Esq.
prc@pertersenfirm.com
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, VA 22030-0000
(571) 459-2512 – *telephone*
(571)-459-2307 – *facsimile*

Trevor B. Reid, Esq.
treid@parkerpollard.com
Meredith L. Yoder, Esq.
myoder@parkerpollard.com
Parker, Pollard, Wilton & Peaden, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia 23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*

## SERVICE LIST

John C. Woodman, Esq.
Essex Richards
1701 South Boulevard Charlotte, North Carolina 28203

Ronald A. Skufca, Esq.
Daniel Stephen Trimmer, Esq.
SkufcaLaw, PLLC
1514 S. Church Street Suite 101
Charlotte, North Carolina 28203

Jeffrey C. Grady, Esq.
J. Grady Law, PLLC
2300 East 7th Street, Suite 100
Charlotte, North Carolina 28204